IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENERAL ASSURANCE OF AMERICA INC.,
a Virginia Corporation,

          Plaintiff,

v.                              CIVIL ACTION NO.  3:17-4628

ARCH INSURANCE COMPANY,
a Missouri Corporation,

          Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order and having resolved all the issues in this action, the Court **ORDERS** that judgment be entered in favor of Defendant Arch Insurance Company and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                        ENTER:        January 22, 2020

                        ROBERT C. CHAMBERS
                        UNITED STATES DISTRICT JUDGE